IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE CARROLL ZIGLAR, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv632-MEF |
| ) | (Criminal Case No. 2:05-cr-197) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

### AFFIDAVIT OF CHRISTINE A. FREEMAN

STATE OF ALABAMA      )
                                         )
COUNTY OF MONTGOMERY   )

I, **Christine A. Freeman,** being duly sworn, states as follows:

1. I am currently employed by the office of the Federal Defender for the Middle District of Alabama. The Federal Defender was appointed to represent Petitioner on September 16, 2005.

2. I stood in for Mr. Ziglar's primary attorney, Donnie W. Bethel, at the change of plea for Mr. Ziglar.

3. On July 11, 2007, pursuant to 28 U.S.C. 2255, Petitioner filed a Motion to Vacate, Set Aside or Correct Sentence. Petitioner filed an Addendum to his Motion on July 12, 2007. Petitioner alleged my representation was ineffective.

4. This affidavit is provided in response to this Court's Order, entered on July 12, 2007.

5.    At page 11, in Ground Five (a) of the Motion for relief, Mr. Ziglar alleges that I was ineffective as his counsel, because he claims to have been offered a plea agreement to a ten year sentence, which I allegedly advised him I could "get the sentence down to actually doing (3) years." Mr. Ziglar also states on page 12 at paragraph (7) that he has since "become aware that an Attorney cannot make such promises lawfully." Mr. Ziglar also states on page 18 of his pleading that I told him his sentence "would range between 2 - 3 years."

6.    To my knowledge, Mr. Ziglar was never offered a plea agreement to a sentence of ten years. Thus, I never advised him to reject any such offer.

7.    I did not guarantee any sentence to Mr. Ziglar.

8.    The Docket Sheet and Minute Entry for Mr. Ziglar's federal criminal case indicate that on January 27, 2006, I was present in court with Mr. Ziglar when he entered his guilty plea to this indictment. (Doc. 19.)

9.    I do not recall ever making the statements described by Mr. Ziglar in his Motion.

10.    I became aware that Mr. Ziglar was facing certain sentence as an armed career criminal, but I do not recall the date on which I became aware of that fact.

11.    The transcript of the plea colloquy on January 27, 2006 indicates that it was announced in open court that there was no plea agreement in this case (Transcript, p. 2) and that Mr. Ziglar gave the following response to a question by the Hon. U.S. Magistrate Judge, Susan Russ Walker:

| Q. | Has anyone made any promise or assurance to you of any kind in an effort to induce you to plead guilty in this case? |
|---|---|
| A. | No |

(Transcript, p. 4)

12. At the time of the plea, the Court informed Mr .Ziglar that he was facing a possible sentence of "no less than fifteen years and no more than life imprisonment" (Transcript, p. 5) and the Government counsel stated that Mr. Ziglar was facing a maximum sentence of life (Transcript, p. 6.)

12. While acting as Mr. Ziglar's counsel, I advised the Court that "we believe Mr. Zeigler (sic) will be eligible for the sentence from zero to ten years. We understand that that may be contested at sentencing, but we do not agree that the maximum sentence in this case would be potentially life." (Transcript, pp. 5 - 6). I made this statement so that silence in response to the Court's notice of penalty would not be interpreted as concession and in an effort to preserve all possible objections to sentencing under the Armed Career Criminal Act. This was not a reference to any sentencing guarantee to Mr. Ziglar.

Further Affiant Saith Not.

Christine A. Freeman

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Latricia Thomas
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie Brown Hardwick, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104, and I mailed a copy to Mr. Ziglar at Talladega F.C.I., PMB 1000, Talladega, Alabama 35160, Registration No. 11780-002.

                                           s/Christine A. Freeman
                                           **CHRISTINE A. FREEMAN**
                                           **TN BAR NO.: 11892**
                                           Attorney for Lakisha Day
                                           Federal Defenders
                                           Middle District of Alabama
                                           201 Monroe Street, Suite 407
                                           Montgomery, AL 36104
                                           TEL: (334) 834-2099
                                           FAX: (334) 834-0353
                                           E-Mail: Christine_Freeman@fd.org

Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

STATE OF ALABAMA  )
                  )
COUNTY OF         )

Subscribed and sworn to before me on this the *1st* day of *August*, 2007, at *Montgomery*, Alabama.

*Rosetta W. Griggs*
Notary Public in and for said
County, in said State

(SEAL)

My commission expires *11-6-2007*