IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE CARROLL ZIGLAR | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv632-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' MOTION TO EXTEND RESPONSE DATE
TO DEFENDANT JOE CARROLL ZIGLAR'S 28 U.S.C. §2255 MOTION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this request to extend the United States's response date to Defendant Joe Carroll Ziglar's 28 U.S.C. §2255 motion, and as grounds states the following:

1. On July 11, 2007, Joe Carroll Ziglar filed a motion under 28 U.S.C. §2255 challenging his conviction and sentence. The Court's Order, (Doc. 2, filed July 12, 2007), directed that the Clerk serve a copy of the §2255 motion upon the United States Attorney for the Middle District of Alabama.

2. Also in Doc. 2, this Court Ordered that the United States Attorney file a response to the defendant's motion within thirty (30) days from the date of the order, resulting in a due date of August 13, 2007.

3. The United States has requested a transcript of Ziglar's sentencing. This transcript is in the process of being prepared and the United States needs this transcript to assist in its response to the §2255 motion.

4. The United States respectfully requests a 14 day extension of time from the date the transcript is received in which to file its response.

Respectfully submitted on this 8th day of August , 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY


          /s/Tommie Brown Hardwick
          TOMMIE BROWN HARDWICK
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone:  (334) 223-7280
          Fax:  (334) 223-7135
          E-mail:  tommie.hardwick@usdoj.gov
          ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE CARROLL ZIGLAR )   )   | |
| v. ) | Civil Action No. 2:07cv632-MEF |
| )   | |
| UNITED STATES OF AMERICA ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the Motion to Extend Response Date to the following non-CM/ECF participant: Joe Carroll Ziglar, Reg. #11780-002, Talladega Federal Correctional Institution, PMB 1000, Talladega, Alabama 35160.

    Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T