In the District Court of the United States
for the Middle District of Alabama
Northern Division

2007 DEC -5 A 9:49

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Joe Carroll Ziglar,
 Petitioner,

V.

Civil Action No.
(unknown)
2:07cv632 ??

United States of America
 Respondent

Motion to Request Status

Comes Now Petitioner, Joe Ziglar, pro-se, requesting the latest status of § 2255 motion.

On October 16, 2007, Ziglar delivered to prison officials a timely filed rebuttal to prosecution's statements.

As of that date, I have received nothing from the Court, the Prosecution, or from Christine Freeman or Donnie Bethel.

Certificate of Service

I hereby certify that on 12-03-07 I filed the foregoing with the Clerk of the Court, Tommie Hardwick and Federal Defenders.

Respectfully submitted,

Joe Carroll Ziglar
#11780-002

Joe C. Ziglar
NAME

11780-002
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 352
04 DEC 2007 PM 4 L



USA 41

Legal
mail

Clerk of the Court
P.O. Box 0711
Montgomery, AL 36101-0711

3610180711