IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE CARROLL ZIGLAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv632-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On December 5, 2007 (Doc. No. 11), the petitioner filed a motion for status of the proceedings. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for status be and is hereby GRANTED.

The petitioner is hereby advised that this case is pending before the court on his 28 U.S.C. § 2255 motion, the response and supporting evidentiary materials filed by the respondent United States, and the petitioner's reply to that response. The petitioner is further advised that no additional pleadings are necessary at this time and that he will be advised of any action taken by the court in this case.

Done this 5th day of December, 2007.

  /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE