IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE CARROLL ZIGLAR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-0632-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

❑   This party is an individual, or

☒   This party is a governmental entity, or

❑   There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported: None.

Dated this the 10th day of December, 2007.

        LEURA G. CANARY  
        United States Attorney

By: /s/Tommie Brown Hardwick  
     TOMMIE BROWN HARDWICK  
     Assistant United States Attorney  
     Attorney for Defendant  
     Post Office Box 197  
     Montgomery, AL 36101-0197  
     Telephone No.: (334) 223-7280  
     Facsimile No.: (334) 223-7135  
     E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Joe Carroll Ziglar  
Reg. No. 11890-002  
Talladega Federal Correctional Institution  
PMB 1000  
Talladega, Alabama 35160

        s/Tommie Brown Hardwick  
        Assistant United States Attorney