In the District Court of the United States
For the Middle District of Alabama
Northern Division

Joe Carroll Ziglar,           )
        Petitioner            )
                              )  Civil Action
v.                            )  No.
                              )
                              )  2:07CV632-MEF
United States of America      )
        Respondent            )

## ADDENDUM

### Motion to Expand File

COMES NOW Joe Carroll Ziglar, pro-se, And in compliance with Federal Rules of Civil Procedure, Ziglar seeks to expand file by entering this ADDENDUM as part of § 2255 motion, pending.

On December 18, 2006, Ziglar was sentenced to 180 months imprisonment. This sentence was given partly due to criminal history points being excessively high. However, the Sentencing Committee has changed USSC § 4A1.1, 4A1.2 (a)(2)

supplement Appendix C for consolidating prior felonies to be run concurrently in Federal Courts.

4A1.2 (a) says "Striking counted seperately" in subdivision 2 to "treated as one sentence for purposes of § 4A1.1 (a)(b)(c).

Moreover, since Ziglar was sentenced on December 18, 2006, and the Supplement was done on November 1, 2007, this places Ziglar outside of this Amendment which is not retroactive as of today.

Ziglar wishes to add this information as part of his § 2255 motion for the honorable Court to recognize.

Certificate of Service

I certify that I have mailed a copy of this ADDENDUM to the Clerk of the Court as well as to Tommie Hardwick for the prosecution.

Sincerely,

Joe C Zyla

Joe Ziglar
NAME
11780-002
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 352

04 FEB 2008 PM 6 T



Clerk of the Court
P.O. Box 711
Montgomery, Al 36101

3610150711 B007