In the District Court of the United States
For the Middle District of Alabama
Northern Division

2008 FEB 22 A 11: 52

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Joe Carroll Ziglar      )
   Petitioner,      )
                     )  Civil Action Number
v.       )   2:07cv632-MEF
                     )
United States of       )
America      )
   Respondent      )

## Motion To Proceed with Hearing

COMES NOW Joe Carroll Ziglar, pro-se, pleading this Honorable Court to proceed with HEARING for just cause and in the interest of justice.

Petitioner seeks relief through § 2255 motion which was timely filed and served upon Court and Prosecution.

Petitioner is in Agreement in that he is deserving of such a hearing and that Doc. No. 15 contains the 'new rule' which directly applies to this case; moreover, Ziglar was sentenced on December 18, 2006, and the 'new rule became effective' on November 1, 2007.

## Certificate of Service

I, Joe C. Ziglar, do attest to the fact that copies of this motion have been timely filed and sent (1) to the Clerk of the Court / Judge and (2) to Tommie Brown Hardwick - prosecutor, via United States Postal Service.

Sincerely,

Joe C Ziglar

Date: Feb 20, 2008

Joe C Ziglar
NAME
11780-002
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 352

21 FEB 2008 PM 5 L



"LET US DARE
THINK, SPEA[K]
John Adams,
powerofth[e]

Clerk of the Court
United States District Court
P.O. Box 711
Montgomery AL 36101