In the District Court of the United States
For the Middle District of Alabama
Northern Division

RECEIVED
2008 MAR -5 A 9: 1
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Joe Carroll Ziglar,   )
    Petitioner,   )   Civil Action
                     )   no.
v.               )   2:07 cv 632-MEF
                     )
United States of America,   )
    Respondent   )

## Motion to Expand the File

COMES NOW PETITIONER, Joe Carroll Ziglar, pro-se, And in compliance with Federal Rules of Civil Procedure, does humbly request that this motion for file expansion be Granted.

This information has recently come to Petitioner by means of legal research:

In determining whether offenses were consolidated for sentencing, some courts have required that the record reflect a formal order of consolidation, while others have not.

Furthermore, defending counsel had access to case summary and law and should have, at a minimum, located case citings relevant to this case at hand.

U.S. v Huskey was in 1998 and I was tried in 2006. This further prejudices Petitioner who didn't understand the importance of good, legal research.

Criminal Law § 46.4 see 80 L. ed 674 states that "counsel can deprive a defendant of the right of effective assistance of counsel simply by failing to render adequate legal assistance."

If motion of Appeal had been drawn up by Counsel (when he was asked to do so), there would have been a reasonable probability that the results would have been different

For example: U.S. v Huskey 137 F.3d 283, 288 (5th Circuit 1998) Consolidation order not required.

Also, prior sentences imposed in related cases are to be treated as ONE single sentence for purposes of 4A1.1 (a), (b), and (c).

4A1.2 (a)(2) sentences imposed on same day are counted as ONE single prior sentence.

For other related Amendments, see United States Sentencing Comission Guidelines Manual Supplement to Appendex C Amendment 709

Petitioner has stated the factor(s) in order that he may show this Honorable Court his entitlement to re-sentencing under the Amended Sentencing Guidelines dated Nov. 1, 2007.

Certificate of Service

I, Joe C. Ziglar, do state under penalty of perjury, that I have mailed true copies of this motion to U.S. Attorneys and the Clerk of the Court.

Signed,

Joe C. Ziglar
#11780-002

dated
Mar 3, 2008

Joe Ziglar
NAME

11780-002
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 352

04 MAR 2008 PM 5 L

USA 41

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101