# #2:07-CV-00632-MEF

# DOCUMENT #21

# PETITION FOR WRIT OF HABEAS CORPUS

# IS

# STRICKEN AND REMOVED FROM THE RECORD

# PURSUANT TO COURT ORDER, DOCUMENT #24