# #2:07-CV-00632-MEF

# DOCUMENT #23

# SUPPLEMENTAL PLEADING

# IS

# STRICKEN AND REMOVED FROM THE RECORD

# PURSUANT TO COURT ORDER, DOCUMENT #24