IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOE CARROLL ZIGLAR,                        )
                                           )
              Petitioner,                  )
                                           )
v                                          )        Civil Action No. 2:07cv632-MEF
                                           )
UNITED STATES OF AMERICA,                  )
                                           )
              Respondent.                  )

**O R D E R**

Upon consideration of Petitioner's supplemental pleading (Doc. No. 23, filed May 8, 2008) filed in compliance with this court's order of April 30, 2008, this court concludes that the pleading styled as "Petition for Writ of Habeas Corpus" filed by Petitioner on April 29, 2008 (Doc. No. 21), should be construed as a motion for modification or reduction of sentence.  Accordingly, the Clerk of Court is hereby DIRECTED to:

1.  Strike and remove Doc. Nos. 21 and 23 from the docket in the above-captioned civil case and docket these pleadings in Petitioner's criminal case, Criminal Case No. 2:05cr197;

2.  Place copies of this order and the court's order of April 30, 2008 (Doc. No. 22) in Criminal Case No. 2:05cr197.

Done this 14th day of May, 2008.


_____/s/Susan Russ Walker_____
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE