In the District Court of the United States
For the Middle District of Alabama
Northern Division

Joe C. Ziglar
   Petitioner,

v.

United States of America

Civil Action
# 2:07cv632-MEF

Petition

   Comes Now Petitioner, Joe C. Ziglar, pro-se, and in compliance of Court Orders, does seek Docket Sheet and status of this case.

Certificate of Service

I, Joe Ziglar, do send one copy of this Petition for Docket Sheet and Case Status to the office of the Clerk and to U.S. Attorneys.

Signed,
Joe C. Ziglar

Dated
6-17-08

Joe Ziglar
NAME

11750-003
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al  36101-0711