IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE CARROLL ZIGLAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv632-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Upon review of the pleadings in this case, the court deems it appropriate to require Petitioner to file a supplement to his 28 U.S.C. § 2255 motion clarifying his claim that his counsel was ineffective for failing to file an appeal. Accordingly, it is

ORDERED that on or before April 2, 2009, Petitioner shall file with this court a supplemental pleading that plainly states <u>whether he contends that he specifically requested his counsel to file an appeal on his behalf</u>.

Done this 19th day of March, 2009.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE