IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOE CARROLL ZIGLAR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO.  2:07-cv-632-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant . | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  Petitioner's Motion for Reconsideration (Doc. #63) filed on October 20, 2009 is DENIED.

2.  Petitioner's objections to the Magistrate Judge Recommendation (Doc. #55 & #58) are OVERRULED.

3.  The Recommendation of the United States Magistrate Judge (Doc. #52) entered on August 18, 2009 is ADOPTED;

4.  The 28 U.S.C. § 2255 motion filed by Ziglar is DENIED, as the claims therein entitle him to no relief.

DONE this the 22nd day of October, 2009.

                           /s/ Mark E. Fuller
                           CHIEF UNITED STATES DISTRICT JUDGE