IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE CARROLL ZIGLAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv632-MEF |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner Joe Carroll Ziglar has filed a pleading styled as a motion for relief pursuant to Fed.R.Civ.P. 60(b). (Doc. No. 81.) Accordingly, it is

ORDERED that on or before September 24, 2010, the United States shall file a response showing cause why Ziglar's motion should not be granted. In filing its response, the government should specifically address the following matters:

1. Whether any claims in Ziglar's motion are properly raised under Fed.R.Civ.P. 60(b), *see Gonzalez v. Crosby*, 545 U.S. 524 (2005), and, if so, whether those claims entitle Zigalr to any relief.

2. Whether Ziglar's motion constitutes a successive motion under 28 U.S.C. § 2255 and the specific claims in Ziglar's motion that are "successive" within the meaning of 28 U.S.C. § 2255 as elaborated upon by the Supreme Court in *Gonzalez v. Crosby*, *supra*.

Done this 25th day of August, 2010.

                                           /s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE